UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOANNE M. SAREYANI, et al.

                    Plaintiffs,

**ORDER**

-against-

03 CV 586 (RJD)(VVP)

DOWN CD's, INC., et al.,

                    Defendants.
----------------------------------------------------------X
DEARIE, District Judge.

Plaintiffs seek the Court's intervention to enter judgment in accordance with the terms of the settlement agreement between the parties in the action. The Court referred this matter to Magistrate Judge Viktor V. Pohorelsky for report and recommendation.

Judge Pohorelsky recommended that plaintiffs' application be granted and that judgment be entered against the defendants in substantially the form proposed by plaintiffs. No objections were filed. Accordingly, the Court adopts Judge Pohorelsky's Report and Recommendation that plaintiffs' application be granted in all respects without qualification.

SO ORDERED.

Dated: Brooklyn, New York
       November     2005

                                            s/ Judge Raymond J. Dearie
                                            RAYMOND L. DEARIE
                                            United States District Judge